AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  McKeague, David W | 2. Court or Organization  U.S. Court of Appeals - Sixth | 3. Date of Report  05/14/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007  to  12/31/2007 |
| 7. Chambers or Office Address  U.S. Court of Appeals 315 W. Allegan Street Lansing, MI 48933 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Michigan State University College of Law |
| 2. Board Member | Federal Judges' Association |
| 3. Board Member | Michigan State University College of Law |
| 4. | |
| 5. | |

RECEIVED 2008 MAY 19 P 1: 21 DISCLOSURE FINANCIAL OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Michigan State University College of Law (approved teaching) | $ 24,500 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Michigan Health & Hospital Association - wages |
| 2. 2007 | Accident Fund Insurance Company - Director fees |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell University Law School | 02-16-07 to 02-18-07 | Ithaca, New York | Moot Court competition | Transportation, meals, hotel |
| 2. | Michigan State University | 12/12/07 to 12/13/07 | Williamsburg, Virginia | School affiliation mtg. | Transportation, meals, hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 05/14/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sallie Mae Servicing Corporation | Student loans | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Stonehedge LP | A | Dividend | K | W | | | | | |
| 2. National City Bank | A | Interest | J | T | | | | | |
| 3. Ohio National Univ. Life | | None | K | T | | | | | |
| 4. IRA 1 | F | Dividend | O | T | | | | | |
| 5. -Schwab Advisor Cash Reserve | | | | | | | | | |
| 6. -PIMCo Low Duration | | | | | Partial sale | 9/19 | K | A | |
| 7. -PIMCo Real Return | | | | | Buy | 9/19 | J | | |
| 8. -PIMCo Total Return | | | | | | | | | |
| 9. -American Beacon Intl Equity Instl | | | | | Partial sale | 9/19 | J | A | |
| 10. -Artisan Intl | | | | | Partial sale | 9/19 | J | B | |
| 11. -DFA U.S. Small Cap | | | | | Partial sale | 9/19 | J | C | |
| 12. -Columbia Intl Value Z | | | | | Partial sale | 9/19 | J | A | |
| 13. -T Rowe Price Mid Cap | | | | | Partial sale | 9/19 | K | D | |
| 14. -Vanguard Explorer | | | | | Partial sale | 9/19 | J | C | |
| 15. -Vanguard Index 500 Signal Shares | | | | | Partial sale | 9/19 | K | D | |
| 16. - PIMCo Developing Local Markets | | | | | | | | | |
| 17. - Touchstone Sands Capital Inst. Growth | | | | | Buy | 9/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - ICAP Select Equity | | | | | Buy | 9/19 | J | | |
| 19.   - iShares S&P 100 Index | | | | | Buy | 9/19 | L | | |
| 20.   - Western Asset Core Plus Bond Instl | | | | | Buy | 9/19 | K | | |
| 21.   Michigan Health & Hospital Association - 401K | A | Dividend | K | T | | | | | |
| 22.   Fifth Third Bank accounts | A | Interest | K | T | | | | | |
| 23.   Ohio National Univ. Life Policy | | None | K | T | | | | | |
| 24.   IRA 2 | E | Dividend | N | T | | | | | |
| 25.   -Schwab Adv. Cash Reserve | | | | | | | | | |
| 26.   -PIMCo Low Duration | | | | | Buy | 1/05 | J | | |
| 27. | | | | | Partial Sale | 9/20 | K | A | |
| 28.   -PIMCo Real Return | | | | | Buy | 9/20 | J | | |
| 29.   -PIMCo Total Return | | | | | | | | | |
| 30.   -American Beacon Intl. Equity Instl. | | | | | | | | | |
| 31.   -Artisan Intl | | | | | | | | | |
| 32.   -DFA U.S. Small Cap | | | | | | | | | |
| 33.   -Rainier Small Mid Cap | | | | | Partial Sale | 9/20 | K | D | |
| 34.   -Vanguard Explorer | | | | | Partial Sale | 9/20 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Vanguard Index 500 Signal Shares | | | | | Partial sale | 9/20 | J | C | |
| 36.  - PIMCo Developing Local Markets | | | | | | | | | |
| 37.  - ICAP Select Equity | | | | | | | | | |
| 38.  - Touchstone Sands Capital Inst. Growth | | | | | Buy | 9/20 | J | | |
| 39.  - iShares S&P 100 Index | | | | | Buy | 9/20 | K | | |
| 40.  - Western Asset Core Plus Bond Instl | | | | | Buy | 9/20 | K | | |
| 41.  IRA 3 | A | Dividend | L | T | | | | | |
| 42.  -Vanguard Index 500 | | | | | | | | | |
| 43.  IRA 4 | A | Interest | J | T | | | | | |
| 44.  -Schwab Advisor Cash Reserve | | | | | | | | | |
| 45.  IRA 5 | D | Dividend | L | T | | | | | |
| 46.  -Schwab Advisor Cash Reserve | | | | | | | | | |
| 47.  -PIMCo Real Return | | | | | | | | | |
| 48.  -PIMCo Total Return | | | | | Buy | 1/5 | J | | |
| 49. | | | | | Buy | 9/20 | J | | |
| 50.  -Columbia Int'l. Value Z | | | | | | | | | |
| 51.  Schwab Individual Account | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Schwab Advisor Cash Reserve | A | Interest | J | T | | | | | |
| 53. -Vanguard Index 500 Signal Shares | B | Dividend | L | T | | | | | |
| 54. -DFA Tax Managed U.S. Small Cap | A | Dividend | J | T | Buy | 1/5 | J | | |
| 55. | | | | | Partial Sale | 9/20 | J | A | |
| 56. -Vanguard Explorer | A | Dividend | J | T | | | | | |
| 57. -American Beacon Int. Equity Instl. | A | Dividend | J | T | | | | | |
| 58. -Artisan Intl. | A | Dividend | J | T | Buy | 1/5 | J | | |
| 59. - Rainier Small/Mid Cap Instl. | A | Dividend | J | T | | | | | |
| 60. - iShares S&P 100 Index | A | Dividend | J | T | Buy | 9/20 | J | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 05/14/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Investments - Items 15, 35 and 53. Assets converted to Signal shares required by custodian. Not a purchase/sale transaction, no gain or loss.

Part VII. Investments - Items 17 and 38. Constellation Sands Capital Inst. Growth changed name to Touchstone Sands Capital Inst. Growth.

Part VII. Investments - Item 46 Transfer to different money market fund class. Not a purchase/sale transaction.

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
MICHIGAN - OHIO - KENTUCKY - TENNESSEE

CHAMBERS OF
**DAVID W. McKEAGUE**
CIRCUIT JUDGE

CHARLES E. CHAMBERLAIN
FEDERAL BUILDING
315 W. ALLEGAN ST.
LANSING, MI 48933
(517) 377-1563

███████████

September 2, 2008

RECEIVED 2008 SEP -8 A 11: 11 FINANCIAL DISCLOSURE OFFICE

Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

Attn:  Ortrie D. Smith, Chair

RE:  Calendar Year 2007 Filing

Dear Mr. Smith:

Enclosed please find three copies of my Amended Financial Disclosure Report for 2007. Notations have been made in Part VIII, page 8, to explain the discrepancies noted in your letter of July 21, 2008.  Should you need anything further, please advise.

Sincerely,



David W. McKeague

/bsd
Enclosure

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>McKeague, David W | 2. Court or Organization<br><br>U.S. Court of Appeals - Sixth | 3. Date of Report<br><br>09/02/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals<br>315 W. Allegan Street<br>Lansing, MI 48933 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Michigan State University College of Law |
| 2. Board Member | Federal Judges' Association |
| 3. Board Member | Michigan State University College of Law |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 SEP -8 A 11: 11 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Michigan State University College of Law (approved teaching) | $ 24,500 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Michigan Health & Hospital Association - wages |
| 2. 2007 | Accident Fund Insurance Company - Director fees |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell University Law School | 02-16-07 to 02-18-07 | Ithaca, New York | Moot Court competition | Transportation, meals, hotel |
| 2. | Michigan State University | 12/12/07 to 12/13/07 | Williamsburg, Virginia | School affiliation mtg. | Transportation, meals, hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 09/02/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae Servicing Corporation | Student loans | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 09/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Stonehedge LP | A | Dividend | K | W | | | | | |
| 2.  National City Bank | A | Interest | J | T | | | | | |
| 3.  Ohio National Univ. Life | | None | K | T | | | | | |
| 4.  IRA 1 | F | Dividend | O | T | | | | | |
| 5.  -Schwab Advisor Cash Reserve | | | | | | | | | |
| 6.  -PIMCo Low Duration | | | | | Partial sale | 9/19 | K | A | |
| 7.  -PIMCo Real Return | | | | | Buy | 9/19 | J | | |
| 8.  -PIMCo Total Return | | | | | | | | | |
| 9.  -American Beacon Intl Equity Instl | | | | | Partial sale | 9/19 | J | A | |
| 10.  -Artisan Intl | | | | | Partial sale | 9/19 | J | B | |
| 11.  -DFA U.S. Small Cap | | | | | Partial sale | 9/19 | J | C | |
| 12.  -Columbia Intl Value Z | | | | | Partial sale | 9/19 | J | A | |
| 13.  -T Rowe Price Mid Cap | | | | | Partial sale | 9/19 | K | D | |
| 14.  -Vanguard Explorer | | | | | Partial sale | 9/19 | J | C | |
| 15.  -Vanguard Index 500 Signal Shares | | | | | Partial sale | 9/19 | K | D | |
| 16.  - PIMCo Developing Local Markets | | | | | | | | | |
| 17.  - Touchstone Sands Capital Inst. Growth | | | | | Buy | 9/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 09/02/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - ICAP Select Equity | | | | | Buy | 9/19 | J | | |
| 19. - iShares S&P 100 Index | | | | | Buy | 9/19 | L | | |
| 20. - Western Asset Core Plus Bond Instl | | | | | Buy | 9/19 | K | | |
| 21. Michigan Health & Hospital Association - 401K | A | Dividend | K | T | | | | | |
| 22. Fifth Third Bank accounts | A | Interest | K | T | | | | | |
| 23. Ohio National Univ. Life Policy | | None | K | T | | | | | |
| 24. IRA 2 | E | Dividend | N | T | | | | | |
| 25. -Schwab Adv. Cash Reserve | | | | | | | | | |
| 26. -PIMCo Low Duration | | | | | Buy | 1/05 | J | | |
| 27. | | | | | Partial Sale | 9/20 | K | A | |
| 28. -PIMCo Real Return | | | | | Buy | 9/20 | J | | |
| 29. -PIMCo Total Return | | | | | | | | | |
| 30. -American Beacon Intl. Equity Instl. | | | | | | | | | |
| 31. -Artisan Intl | | | | | | | | | |
| 32. -DFA U.S. Small Cap | | | | | | | | | |
| 33. -Rainier Small Mid Cap | | | | | Partial Sale | 9/20 | K | D | |
| 34. -Vanguard Explorer | | | | | Partial Sale | 9/20 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 09/02/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Vanguard Index 500 Signal Shares | | | | | Partial sale | 9/20 | J | C | |
| 36. - PIMCo Developing Local Markets | | | | | | | | | |
| 37. - ICAP Select Equity | | | | | | | | | |
| 38. - Touchstone Sands Capital Inst. Growth | | | | | Buy | 9/20 | J | | |
| 39. - iShares S&P 100 Index | | | | | Buy | 9/20 | K | | |
| 40. - Western Asset Core Plus Bond Instl | | | | | Buy | 9/20 | K | | |
| 41. IRA 3 | A | Dividend | L | T | | | | | |
| 42. -Vanguard Index 500 | | | | | | | | | |
| 43. IRA 4 | A | Interest | J | T | | | | | |
| 44. -Schwab Advisor Cash Reserve | | | | | | | | | |
| 45. IRA 5 | D | Dividend | L | T | | | | | |
| 46. -Schwab Advisor Cash Reserve | | | | | | | | | |
| 47. -PIMCo Real Return | | | | | | | | | |
| 48. -PIMCo Total Return | | | | | Buy | 1/5 | J | | |
| 49. | | | | | Buy | 9/20 | J | | |
| 50. -Columbia Int'l. Value Z | | | | | | | | | |
| 51. Schwab Individual Account | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,000 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 09/02/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.    -Schwab Advisor Cash Reserve | A | Interest | J | T | | | | | |
| 53.    -Vanguard Index 500 Signal Shares | B | Dividend | L | T | | | | | |
| 54.    -DFA Tax Managed U.S. Small Cap | A | Dividend | J | T | Buy | 1/5 | J | | |
| 55. | | | | | Partial Sale | 9/20 | J | A | |
| 56.    -Vanguard Explorer | A | Dividend | J | T | | | | | |
| 57.    -American Beacon Int. Equity Instl. | A | Dividend | J | T | | | | | |
| 58.    -Artisan Intl. | A | Dividend | J | T | Buy | 1/5 | J | | |
| 59.    - Rainier Small/Mid Cap Instl. | A | Dividend | J | T | | | | | |
| 60.    - iShares S&P 100 Index | A | Dividend | J | T | Buy | 9/20 | J | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 09/02/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Investments - Items 15, 35 and 53.    Assets converted to Signal shares required by custodian.  Not a purchase/sale transaction, no gain or loss.

Part VII. Investments - Items 17 and 38.   Constellation Sands Capital Inst. Growth changed name to Touchstone Sands Capital Inst. Growth.

Part VII. Investments - Item 42.  AIM S&P 500 Index funds utilized to purchase Vanguard Index 500 account.  Prior account of AIM S&P 500 Index Funds was closed upon purchase of Vanguard Index 500 account.

Part VII. Investments - Item 44.  Incorrectly identified as Prime Fund Capital Reserves previously, but it is same asset.  Schwab Advisor Cash Reserves is correct name.

Part VII. Investments - Item 46  Transfer to different money market fund class.  Not a purchase/sale transaction.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>McKeague, David W | 2. Court or Organization<br><br>U.S. Court of Appeals - Sixth | 3. Date of Report<br><br>05/14/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals<br>315 W. Allegan Street<br>Lansing, MI 48933 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Michigan State University College of Law |
| 2. Board Member | Federal Judges' Association |
| 3. Board Member | Michigan State University College of Law |
| 4. | |
| 5. | |

RECEIVED 2008 MAY 19 P 1: 21 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 05/14/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Michigan State University College of Law (approved teaching) | $ 24,500 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Michigan Health & Hospital Association - wages |
| 2. 2007 | Accident Fund Insurance Company - Director fees |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell University Law School | 02-16-07 to 02-18-07 | Ithaca, New York | Moot Court competition | Transportation, meals, hotel |
| 2. | Michigan State University | 12/12/07 to 12/13/07 | Williamsburg, Virginia | School affiliation mtg. | Transportation, meals, hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 05/14/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sallie Mae Servicing Corporation | Student loans | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Stonehedge LP | A | Dividend | K | W | | | | | |
| 2. National City Bank | A | Interest | J | T | | | | | |
| 3. Ohio National Univ. Life | | None | K | T | | | | | |
| 4. IRA 1 | F | Dividend | O | T | | | | | |
| 5. -Schwab Advisor Cash Reserve | | | | | | | | | |
| 6. -PIMCo Low Duration | | | | | Partial sale | 9/19 | K | A | |
| 7. -PIMCo Real Return | | | | | Buy | 9/19 | J | | |
| 8. -PIMCo Total Return | | | | | | | | | |
| 9. -American Beacon Intl Equity Instl | | | | | Partial sale | 9/19 | J | A | |
| 10. -Artisan Intl | | | | | Partial sale | 9/19 | J | B | |
| 11. -DFA U.S. Small Cap | | | | | Partial sale | 9/19 | J | C | |
| 12. -Columbia Intl Value Z | | | | | Partial sale | 9/19 | J | A | |
| 13. -T Rowe Price Mid Cap | | | | | Partial sale | 9/19 | K | D | |
| 14. -Vanguard Explorer | | | | | Partial sale | 9/19 | J | C | |
| 15. -Vanguard Index 500 Signal Shares | | | | | Partial sale | 9/19 | K | D | |
| 16. - PIMCo Developing Local Markets | | | | | | | | | |
| 17. - Touchstone Sands Capital Inst. Growth | | | | | Buy | 9/19 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.    - ICAP Select Equity | | | | | Buy | 9/19 | J | | |
| 19.    - iShares S&P 100 Index | | | | | Buy | 9/19 | L | | |
| 20.    - Western Asset Core Plus Bond Instl | | | | | Buy | 9/19 | K | | |
| 21.   Michigan Health & Hospital Association - 401K | A | Dividend | K | T | | | | | |
| 22.   Fifth Third Bank accounts | A | Interest | K | T | | | | | |
| 23.   Ohio National Univ. Life Policy | | None | K | T | | | | | |
| 24.   IRA 2 | E | Dividend | N | T | | | | | |
| 25.    -Schwab Adv. Cash Reserve | | | | | | | | | |
| 26.    -PIMCo Low Duration | | | | | Buy | 1/05 | J | | |
| 27. | | | | | Partial Sale | 9/20 | K | A | |
| 28.    -PIMCo Real Return | | | | | Buy | 9/20 | J | | |
| 29.    -PIMCo Total Return | | | | | | | | | |
| 30.    -American Beacon Intl. Equity Instl. | | | | | | | | | |
| 31.    -Artisan Intl | | | | | | | | | |
| 32.    -DFA U.S. Small Cap | | | | | | | | | |
| 33.    -Rainier Small Mid Cap | | | | | Partial Sale | 9/20 | K | D | |
| 34.    -Vanguard Explorer | | | | | Partial Sale | 9/20 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    -Vanguard Index 500 Signal Shares | | | | | Partial sale | 9/20 | J | C | |
| 36.    - PIMCo Developing Local Markets | | | | | | | | | |
| 37.    - ICAP Select Equity | | | | | | | | | |
| 38.    - Touchstone Sands Capital Inst. Growth | | | | | Buy | 9/20 | J | | |
| 39.    - iShares S&P 100 Index | | | | | Buy | 9/20 | K | | |
| 40.    - Western Asset Core Plus Bond Instl | | | | | Buy | 9/20 | K | | |
| 41.  IRA 3 | A | Dividend | L | T | | | | | |
| 42.    -Vanguard Index 500 | | | | | | | | | |
| 43.  IRA 4 | A | Interest | J | T | | | | | |
| 44.    -Schwab Advisor Cash Reserve | | | | | | | | | |
| 45.  IRA 5 | D | Dividend | L | T | | | | | |
| 46.    -Schwab Advisor Cash Reserve | | | | | | | | | |
| 47.    -PIMCo Real Return | | | | | | | | | |
| 48.    -PIMCo Total Return | | | | | Buy | 1/5 | J | | |
| 49. | | | | | Buy | 9/20 | J | | |
| 50.    -Columbia Int'l. Value Z | | | | | | | | | |
| 51.  Schwab Individual Account | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -Schwab Advisor Cash Reserve | A | Interest | J | T | | | | | |
| 53.   -Vanguard Index 500 Signal Shares | B | Dividend | L | T | | | | | |
| 54.   -DFA Tax Managed U.S. Small Cap | A | Dividend | J | T | Buy | 1/5 | J | | |
| 55. | | | | | Partial Sale | 9/20 | J | A | |
| 56.   -Vanguard Explorer | A | Dividend | J | T | | | | | |
| 57.   -American Beacon Int. Equity Instl. | A | Dividend | J | T | | | | | |
| 58.   -Artisan Intl. | A | Dividend | J | T | Buy | 1/5 | J | | |
| 59.   - Rainier Small/Mid Cap Instl. | A | Dividend | J | T | | | | | |
| 60.   - iShares S&P 100 Index | A | Dividend | J | T | Buy | 9/20 | J | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Investments - Items 15, 35 and 53.   Assets converted to Signal shares required by custodian.  Not a purchase/sale transaction, no gain or loss.

Part VII. Investments - Items 17 and 38.   Constellation Sands Capital Inst. Growth changed name to Touchstone Sands Capital Inst. Growth.

Part VII. Investments - Item 46  Transfer to different money market fund class.  Not a purchase/sale transaction.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544